IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| vs. | ) | CRIMINAL ACTION 09-00040-KD |
| | ) | |
| PAUL JASON ALBERT, | ) | |
| | ) | |
| Defendant. | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, in this Indictment in the above-entitled case, the United States sought forfeiture of computer equipment which represented property used to or intended to be used to commit or promote the commission of such offenses, including any real or personal property used or intended to be used to commit or promote the commission of the violation set forth in Count Three of this Indictment pursuant to Title 18, United States Code, Section 513;

AND WHEREAS, based upon the guilty plea and plea agreement entered into between the United States and Defendant Paul Jason Albert, and for the reasons stated, it is hereby

ORDERED, ADJUDGED AND DECREED, that pursuant to Title 18, United States Code, Section 513, and Federal Rule of Criminal Procedure 32.2(b), the interest of Defendant Paul Jason Albert, in each of the following properties is hereby condemned and forfeited to the United States of America for disposition according to law:

  1. HP laser jet printer, serial number CNBJ284262

  2. Sony laptop computer, serial number PCG-R505EL

  3. Acer laptop computer, serial number LXAXK0X0017100A0E81601

AND WHEREAS, by virtue of said guilty plea and plea agreement, the United States is

now entitled to, and it should, pending possible appeal herein, reduce the said property to its possession and notify any and all potential third parties who have or may have an interest in any of the property being forfeited.

      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

      That based on the guilty plea and plea agreement, the right, title and interest of Defendant Paul Jason Albert in the above-named properties is hereby forfeited to and vested in the United States of America for disposition in accordance with law.

      That all of the aforementioned forfeited property is to be held by the United States Secret Service in their secure custody and control.

      Pursuant to 21 U.S.C. § 853(n)(1) and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, the United States shall publish notice of this order of an official government internet site (www.forfeiture.gov) for at least 30 consecutive days.

      This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought.

      The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

      After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of

Civil procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in title 18, United States Code, Section 492, for the filing of third-party petitions.

Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence included in the judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

The Clerk of the Court shall forward fifteen (15) certified copies of this Order to Assistant United States Attorney Adam W. Overstreet, U.S. Attorney's Office, Southern District of Alabama.

DATED this day 6th of August, 2009.

                                          **s/ Kristi K. DuBose**
                                          **KRISTI K. DUBOSE**
                                          **UNITED STATES DISTRICT JUDGE**