IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *   CRIMINAL NO. 09-00040-KD |
| v. | * |
| | * |
| PAUL JASON ALBERT | * |

### FINAL JUDGMENT OF FORFEITURE

WHEREAS, on May 8, 2009, pursuant to a Plea Agreement entered by Defendant, PAUL JASON ALBERT, and the United States of America, which provided, *inter alia*, that ALBERT would enter a plea of guilty to Count Three of the Indictment, charging him with possession with knowingly with having made and being in possession of a counterfeited security, in violation of Title 18, U.S.C., Section 513. The defendant agreed in the Plea Agreement to immediately forfeit to the United States all of his right, title, and interest to all property which is set forth in Count Four of the Indictment and which is forfeitable to the United States pursuant to Title 21 United States Code, Section 853, Title 18, United States Code, Sections 492, 981(a)(1)(c) and Title 28, United States Code, Section 2461. Pursuant to the Plea Agreement the defendant also agreed to execute any and all paperwork to facilitate and expedite the forfeiture of the property and agreed and consented that the Order of Forfeiture in this case would become final as to him at any time after the guilty plea and before his sentencing in accordance with Federal Rules of Criminal Procedure 32.2(b)(3). Pursuant to the Plea Agreement, Defendant, PAUL JASON ALBERT, agreed to and confessed to forfeit the following property:

(1) One HP laser jet printer, serial # CNBJ284262;
(2) One Sony laptop computer, serial # PCG-R505EL;
(3) One Acer laptop computer, serial # LXAXK0X00017100A0E81601; and

WHEREAS, the United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for 30 consecutive days starting August 25, 2009, on www.forfeiture.gov. A Proof of Publication was filed on September 28, 2009, (Doc. 40), specifying the details of this publication. No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C., § 853(n).

NOW THEREFORE, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to the United States of America pursuant to Title 21, United States Code, Section 841(a)(1) and 853, Title 18, United States Code, Sections 492, 981(a)(1)(c) and Title 28, United States Code, Section 2461, Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

(1) One HP laser jet printer, serial # CNBJ284262;
(2) One Sony laptop computer, serial # PCG-R505EL;
(3) One Acer laptop computer, serial # LXAXK0X00017100A0E81601; and

**IT IS FURTHER ORDERED** that the United States shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward six (6) certified copies of this Order to Assistant United States Attorney Deborah Griffin.

**DONE and ORDERED** this 8th day of January, 2010.

HONORABLE KRISTI DUBOSE
UNITED STATES DISTRICT JUDGE